| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Shea Backus, Esq.<br>Nevada State Bar No. 8361<br>**BACKUS, CARRANZA & BURDEN** |
| 9 | 3050 South Durango Drive<br>Las Vegas, NV 89117 |
| 10 | Tel.:  (702) 872-5555<br>Fax:   (702) 872-5545 |
| 11 | Email: sheabackus@backuslaw.com |
| 12 | *Attorneys for Plaintiff*<br>*Elite Roofing Supply – SC, LLC* |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of ELITE ROOFING SUPPLY – SC, LLC, a California limited-liability company, doing business as ELITE ROOFING SUPPLY, | Case No. 3:17-cv-00616-RCJ-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| vs. | |
| SEA PAC ENGINEERING, INC., a California corporation, THE OHIO CASUALTY INSURANCE COMPANY, a New Hampshire corporation; CW ROOFING & WATERPROOFING INC., a California corporation, DOES I through X, and ROE Corporations I through X, inclusive | |
| Defendants, | |

1

1  Plaintiff, THE UNITED STATES OF AMERICA, for the use and benefit of ELITE
2  ROOFING SUPPLY – SC, LLC, a California limited-liability company, doing business as ELITE
3  ROOFING SUPPLY, by and through its counsel of record Shea Backus, Esq. of Backus, Carranza
4  & Burden, and Defendant SEA PAC ENGINEERING, INC., a California corporation; and THE
5  OHIO CASUALTY INSURANCE COMPANY, a New Hampshire corporation, hereby stipulate
6  and agree as follows:

7  1. The parties have resolved all of their allegations, claims, damages, defenses and the
8     like at issue in this referenced case and pursuant to the parties' settlement agreement
9     and release, which is incorporated herein by reference; and
10 2. The parties hereby mutually dismiss *with* prejudice, their respective allegations, claims,
11    damages and the like at issue in this matter, known or unknown which directly and
12    indirectly arises from the facts and circumstances in this lawsuit.

13 Dated this 30 day of June, 2019           Dated this 27 day of June, 2019

14 BACKUS CARRANZA & BURDEN              HUNT ORTMANN PALFFY NIEVES DARLING & MAH,
15 By /s/ Shea Backus                     By /s/ Carlo Paciulli
   Shea A. Backus, Esq.                   Carlo Paciulli, Esq.
16 Nevada State Bar No. 8361              California State Bar No. 213857
   3050 South Durango Drive               301 North Lake Avenue, 7th Floor
17 Las Vegas, NV 89130                    Pasadena, CA 91101-1807
   T: 702.872.5555                        T: 626.440.5200
18 F: 702.872.5545                        F: 626.796.0107
   sheabackus@backuslaw.com               paciulli@huntortmann.com
19 Attorneys for Plaintiff

20                                        William A. S. Magrath II, Esq.
                                          MCDONALD CARANO
21                                        100 West Liberty Street, 10th Floor
                                          Reno, NV 89501
                                          T: 775.788.2000
22                                        F: 775.788.2020
                                          wmagrath@mcdonaldcarano.com
23                                        Attorneys for Defendant

24
25

2

## ORDER

IT IS HEREBY ORDERED that the above-referenced matter be dismissed *with* prejudice.

DATED: July 3, 2019

_____
ROBERT C. JONES
United States District Judge